UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| MICHELE SMITH, | ) | CASE NO: 18-68420-JRS |
| | ) | |
| Debtor/Movant | ) | |

**MOTION FOR EXPEDITED HEARING**

**COMES NOW**, Michele Smith, the above captioned Debtor, and herein moves pursuant to Local Court Rule 7007-2, for an expedited hearing on the Motion to Impose the Automatic Stay, and in support thereof shows this Honorable Court the following:

1.

On November 2, 2018, Debtor filed a "Motion to Impose the Automatic Stay" (Docket No.3).

2.

The Debtor's commenced the instant case by filing a voluntary petition on November 2, 2018.

3.

Pursuant to Bankruptcy Rule 9006, and this Court's open calendar procedure, the earliest available hearing date was November 27, 2018.  The protection of the bankruptcy court will not issue automatically as the Debtor has had 2 prior cases pending within the last year.  The Debtor needs the protection of the automatic stay in order to stop a foreclosure on her residence scheduled for November 6, 2018.

**WHEREFORE**, based on the foregoing reason, Debtor prays that this request for an expedited hearing on the Motion to Impose the Automatic Stay be granted.

This the 2nd day of November, 2018        By:

                                                     _____/s/_____
                                                     Michael R. Rethinger
                                                     Georgia Bar Number 301215
                                                     Attorney for Debtor

241 Mitchell Street, SW
Atlanta, GA  30303
 (770) 922-0066

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the Motion for Expedited Hearing, on the following, by depositing a copy of same in the United States Mail with adequate postage thereon addressed as follows:

WELLS FARGO BANK, N.A.
c/o Elizabeth Childers / Lucretia Lashawn Scruggs
Shapiro, Pendergast and Hasty
Suite 300
211 Perimeter Center Parkway, NE
Atlanta, GA 30346

Wells Fargo Bank, N.A.
Attn: Taylor S. Mansell, Attorney for Wells Fargo Bank, N.A.
Default Document Processing
N9286-01Y
1000 Blue Gentian Road
Eagan, MN 55121-7700

Wells Fargo Bank, N.A.
c/o A. Michelle Hart Ippoliti
McCalla Raymer Liebert Pierce, LLC
1544 Old Alabama Road
Roswell, GA 30076

Michele Smith
3783 Cressway Drive
Decatur, GA 30034

Wells Fargo Bank, N.A.
Attn: Heather A. Bock, Attorney for Creditor
Default Document Processing
N9286-01Y
1000 Blue Gentian Road
Eagan, MN 55121-7700

All creditors on attached matrix

  I further certify that I have this day served Nancy J. Whaley, Standing Chapter 13 Trustee, with a copy of the Motion for Expedited Hearing, via the ECF electronic mail/noticing system, and by email to Maria Joyner, staff attorney for the Chapter 13 Trustee assigned to Judge Sacca's courtroom, and by email to A. Michelle Hart Ippoliti, attorney for Wells Fargo Bank, N.A., whose law firm is conducting the November 6, 2018 foreclosure.

  This the 2nd day of November, 2018. By:

              _____/s/_____
              Michael R. Rethinger

```
Label Matrix for local noticing          1st Franklin                              1st Franklin Financial Corporation
113E-1                                   PO Box 3116                               Attn: Administrative Services
Case 18-68420                            Tucker, GA 30085-3116                     PO Box 880
Northern District of Georgia                                                       Toccoa, GA 30577-0880
Atlanta
Fri Nov  2 12:25:17 EDT 2018

Belk                                     Brylane Home                              CCS/First National Bank
PO Box 965028                            PO Box 182789                             500 E. 60th Street N
Orlando, FL 32896-5028                   Columbus, OH 43218-2789                   Sioux Falls, SD 57104-0478


CW Nexus Credit Card Holdings 1, LLC     Capital One Bank USA NA                   Comenity Bank/BRYLNHME
Resurgent Capital Services               PO Box 30281                              PO Box 182789
PO Box 10368                             Salt Lake City, UT 84130-0281             Columbus, OH 43218-2789
Greenville, SC 29603-0368


Credit One Bank                          DeKalb County Tax Commissioner            Department of Justice, Tax Division
PO Box 98872                             1300 Commerce Drive                       Civil Trial Section, Southern Region
Las Vegas, NV 89193-8872                 Decatur, GA 30030-3222                    PO Box 14198, Ben Franklin Station
                                                                                   Washington, DC 20044-4198


Fingerhut                                First National Bank                       First National Credit
6250 Ridgewood Road                      500 E 60th St N                           500 N. 60th Street N
Saint Cloud, MN 56303-0820               Sioux Falls, SD 57104-0478                Sioux Falls, SD 57104


First Premier Bank                       (p)GEORGIA DEPARTMENT OF REVENUE          Internal Revenue Service
601 S Minnesota Ave                      COMPLIANCE DIVISION                       Insolvency Unit
Lyons, SD 57041                          ARCS BANKRUPTCY                           401 W. Peachtree Steet, NW, Stop 334-D
                                         1800 CENTURY BLVD NE SUITE 9100           Atlanta, GA 30308
                                         ATLANTA GA 30345-3202


Internal Revenue Service                 (p)JEFFERSON CAPITAL SYSTEMS LLC          McCalla Raymer Liebert Pierce, LLC
PO Box 7346                              PO BOX 7999                               1544 Old Alabama Road
Philadelphia, PA 19101-7346              SAINT CLOUD MN 56302-7999                 Roswell, GA 30076-2102


Merrick Bank                             Midland Funding LLC                       New York & Company
PO Box 9201                              PO Box 2011                               PO Box 182789
Old Bethpage, NY 11804-9001              Warren, MI 48090-2011                     Columbus, OH 43218-2789


Office of the Attorney General           (p)PORTFOLIO RECOVERY ASSOCIATES LLC      Quantum3 Group LLC as agent for MOMA Funding
40 Capitol Sq SW                         PO BOX 41067                              PO Box 788
Atlanta, GA 30334-9057                   NORFOLK VA 23541-1067                     Kirkland, WA 98083-0788


Quantum3 Group LLC as agent for MOMA Funding    Michael R. Rethinger               Shapiro, Pendergast and Hasty
PO Box 788                                      Law Offices of Michael R. Rethinger, LLC    211 Perimeter Center Parkway, NE
Kirkland, WA 98083-0788                         241 Mitchell Street, SW            Atlanta, GA 30346-1305
                                                Atlanta, GA 30303-3304
```

| | | |
|---|---|---|
| Michele Smith<br>3783 Cressway Drive<br>Decatur, GA 30034-6998 | TJX<br>PO Box 965015<br>Orlando, FL 32896-5015 | United States Attorney<br>600 Richard B. Russell Federal Building<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3315 |
| Walmart<br>PO Box 981400<br>El Paso, TX 79998-1400 | Wells Fargo Bank, N.A.<br>Default Document Processing N9286-01Y<br>1000 Blue Gentian Road<br>Eagan, MN 55121-7700 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Georgia Department of Revenue<br>Bankruptcy Division<br>PO Box 161108<br>Atlanta, GA 30321 | Jefferson Capital Systems LLC<br>PO Box 7999<br>Saint Cloud, MN 56302-9617 | Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk, VA 23541 |

End of Label Matrix
Mailable recipients    34
Bypassed recipients     0
Total                  34