

**IT IS ORDERED as set forth below:**

**Date: November 2, 2018**

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **CHAPTER 13** |
| | ) | |
| **MICHELE SMITH,** | ) | **CASE NO: 18-68420-JRS** |
| | ) | |
| **Debtor/Movant** | ) | |

**ORDER ON MOTION FOR EXPEDITED HEARING**

The Motion for Expedited Hearing on the Motion to Impose the Automatic Stay is hereby GRANTED. It is hereby ordered that a hearing shall be held on November 5, 2018, at 10:00 am in Courtroom 1404.

Pursuant to BLR 9007-2, the attorney for the Debtor shall promptly transmit a copy of this Notice by mail on the appropriate parties and file a certificate of service with the Clerk's office within **one (1) business day** from the date of entry of this Order.

**[END OF DOCUMENT]**

Prepared by:

\_\_\_\_\_/s/_____
Michael R. Rethinger
Georgia Bar Number 301215
Attorney for Debtor
241 Mitchell Street, SW
Atlanta, GA  30303
(770) 922-0066