UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| **IN RE:** | ) | **CHAPTER 13** |
| | ) | |
| **MICHELE SMITH,** | ) | **CASE NO: 18-68420-JRS** |
| | ) | |
| **Debtor/Movant** | ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served all parties in the foregoing matter with a copy of the foregoing "Order on Motion for Expedited Hearing " in regard to Debtor's **"Motion to Impose Stay"** by depositing in the United States Mail (next day delivery), a copy of same in a properly addressed envelope with adequate postage thereon upon:

WELLS FARGO BANK, N.A.
c/o Elizabeth Childers / Lucretia Lashawn Scruggs
Shapiro, Pendergast and Hasty
Suite 300
211 Perimeter Center Parkway, NE
Atlanta, GA 30346

Wells Fargo Bank, N.A.
Attn: Taylor S. Mansell, Attorney for Wells Fargo Bank, N.A.
Default Document Processing
N9286-01Y
1000 Blue Gentian Road
Eagan, MN 55121-7700

Wells Fargo Bank, N.A.
c/o A. Michelle Hart Ippoliti
McCalla Raymer Liebert Pierce, LLC
1544 Old Alabama Road
Roswell, GA 30076

Wells Fargo Bank, N.A.
Attn: Heather A. Bock, Attorney for Creditor
Default Document Processing
N9286-01Y
1000 Blue Gentian Road
Eagan, MN 55121-7700

Michele Smith  
3783 Cressway Drive  
Decatur, GA 30034

All creditors on attached matrix

    I further certify that I have this day served Nancy J. Whaley, Standing Chapter 13 Trustee, with a copy of the Motion for Expedited Hearing, via the ECF electronic mail/noticing system, and by email to Maria Joyner, staff attorney for the Chapter 13 Trustee assigned to Judge Sacca's courtroom, and by email to A. Michelle Hart Ippoliti, attorney for Wells Fargo Bank, N.A., whose law firm is conducting the November 6, 2018 foreclosure.

    This the 2nd day of November, 2018.   By:

                                                                    _____/s/_____  
                                                                      Michael R. Rethinger  
                                                                      Georgia Bar Number 301215  
                                                                      Attorney for Debtor

241 Mitchell Street, SW  
Atlanta, GA  30303  
 (770) 922-0066  
michael@rethingerlaw.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-1<br>Case 18-68420<br>Northern District of Georgia<br>Atlanta<br>Fri Nov  2 12:25:17 EDT 2018 | 1st Franklin<br>PO Box 3116<br>Tucker, GA 30085-3116 | 1st Franklin Financial Corporation<br>Attn: Administrative Services<br>PO Box 880<br>Toccoa, GA 30577-0880 |
| Belk<br>PO Box 965028<br>Orlando, FL 32896-5028 | Brylane Home<br>PO Box 182789<br>Columbus, OH 43218-2789 | CCS/First National Bank<br>500 E. 60th Street N<br>Sioux Falls, SD 57104-0478 |
| CW Nexus Credit Card Holdings 1, LLC<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | Capital One Bank USA NA<br>PO Box 30281<br>Salt Lake City, UT 84130-0281 | Comenity Bank/BRYLNHME<br>PO Box 182789<br>Columbus, OH 43218-2789 |
| Credit One Bank<br>PO Box 98872<br>Las Vegas, NV 89193-8872 | DeKalb County Tax Commissioner<br>1300 Commerce Drive<br>Decatur, GA 30030-3222 | Department of Justice, Tax Division<br>Civil Trial Section, Southern Region<br>PO Box 14198, Ben Franklin Station<br>Washington, DC 20044-4198 |
| Fingerhut<br>6250 Ridgewood Road<br>Saint Cloud, MN 56303-0820 | First National Bank<br>500 E 60th St N<br>Sioux Falls, SD 57104-0478 | First National Credit<br>500 N. 60th Street N<br>Sioux Falls, SD 57104 |
| First Premier Bank<br>601 S Minnesota Ave<br>Lyons, SD 57041 | (p)GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>ARCS BANKRUPTCY<br>1800 CENTURY BLVD NE SUITE 9100<br>ATLANTA GA 30345-3202 | Internal Revenue Service<br>Insolvency Unit<br>401 W. Peachtree Steet, NW, Stop 334-D<br>Atlanta, GA 30308 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | McCalla Raymer Liebert Pierce, LLC<br>1544 Old Alabama Road<br>Roswell, GA 30076-2102 |
| Merrick Bank<br>PO Box 9201<br>Old Bethpage, NY 11804-9001 | Midland Funding LLC<br>PO Box 2011<br>Warren, MI 48090-2011 | New York & Company<br>PO Box 182789<br>Columbus, OH 43218-2789 |
| Office of the Attorney General<br>40 Capitol Sq SW<br>Atlanta, GA 30334-9057 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Quantum3 Group LLC as agent for MOMA Funding<br>PO Box 768<br>Kirkland, WA 98083-0788 |
| Quantum3 Group LLC as agent for MOMA Funding<br>PO Box 788<br>Kirkland, WA 98083-0788 | Michael R. Rethinger<br>Law Offices of Michael R. Rethinger, LLC<br>241 Mitchell Street, SW<br>Atlanta, GA 30303-3304 | Shapiro, Pendergast and Hasty<br>211 Perimeter Center Parkway, NE<br>Atlanta, GA 30346-1305 |

```
Michele Smith                      TJX                                United States Attorney
3783 Cressway Drive                PO Box 965015                      600 Richard B. Russell Federal Building
Decatur, GA 30034-6998             Orlando, FL 32896-5015              75 Ted Turner Drive, SW
                                                                       Atlanta, GA 30303-3315



Walmart                            Wells Fargo Bank, N.A.
PO Box 981400                      Default Document Processing N9286-01Y
El Paso, TX 79998-1400             1000 Blue Gentian Road
                                   Eagan, MN 55121-7700
```

             The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
             by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Georgia Department of Revenue      Jefferson Capital Systems LLC      Portfolio Recovery Associates, LLC
Bankruptcy Division                PO Box 7999                        POB 41067
PO Box 161108                      Saint Cloud, MN 56302-9617         Norfolk, VA 23541
Atlanta, GA 30321
```

End of Label Matrix
Mailable recipients    34
Bypassed recipients     0
Total                  34