

**IT IS ORDERED as set forth below:**


**Date: November 5, 2018**

_____
**James R. Sacca**
**U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| **IN RE:** | ) | **CHAPTER 13** |
| | ) | |
| **MICHELE SMITH,** | ) | **CASE NO: 18-68420-JRS** |
| | ) | |
| **Debtor/Movant.** | ) | |

## INTERIM CONSENT ORDER ON MOTION TO IMPOSE STAY
## IMPOSING STAY AS TO WELLS FARGO BANK, N.A.

This matter is before the Court on Debtor's Motion to Impose the Automatic Stay pursuant to 11 U.S.C. § 362(c)(3)(A) filed on November 3, 2018 (the "Motion"). The hearing on the Motion was scheduled on an expedited basis for November 5, 2018 at 10:00 am. Upon consent of the undersigned parties it is hereby

ORDERED, that the stay of 11 U.S.C. § 362 shall be imposed as Wells Fargo Bank, N.A., its successors and assigns, (hereinafter "Wells Fargo") regarding real property located at 3783 CRESS WAY DRIVE, DECATUR, GEORGIA 30034 until further Order of the Court.  It is

FURTHER ORDERED that beginning December 1, 2018,  Debtor shall timely remit the regular monthly post-petition mortgage payments on Wells Fargo's loan as they become due.  Payments should be sent to Wells Fargo Bank, N.A., One Home Campus, Attn: Bankruptcy Payment Processing, MAC # X2302-04C, Des Moines, IA 50328, or to such address as may be designated.

FURTHER ORDERED that for a period of two (2) years from entry of this Order, should Debtor default in payment of any sum specified herein or should the underlying bankruptcy case be dismissed, the Court may enter an Order  lifting the automatic stay and granting relief to Wells Fargo on its collateral pursuant to 11 USC §362(d)(4)(B) without further notice or hearing.  Should Debtor default in any regular monthly mortgage payments which come due according to Wells Fargo's underlying Security Instruments beginning December 1, 2018,  then upon notice of default sent by first class mail to Debtor and Debtor's attorney, and failure of Debtor to cure such default within ten (10) days from the date of receipt of such notice, Wells Fargo may file a motion and affidavit of default with the Court, with service upon Debtor and Debtor's attorney, and the Court may enter an Order  modifying the automatic stay pursuant to 11 USC §362(d)(4)(B) without further notice or hearing.

FURTHER ORDERED  that should the instant bankruptcy case be dismissed within the period of two (2) years from entry of this Order,  Wells Fargo is permitted to

submit an Order granting relief pursuant to 11 USC §362(d)(4)(B) as to its collateral at

3783 CRESS WAY DRIVE, DECATUR, GEORGIA 30034.

FURTHER ORDERED that upon completion of any foreclosure sale, any funds

in excess of the amount due to Wells Fargo under its security instruments, and to any

subordinate lienholder(s) properly entitled to receive proceeds under applicable State

Law, shall be paid to the Trustee for the benefit of the Estate.

FURTHER ORDERED that in the event the Debtor defaults in performance of

this Order and the Court enters an Order modifying the automatic stay, the Trustee shall

cease funding the balance of  Wells Fargo's forthcoming pre-petition arrearage claim

and/or supplemental claim, if any.

**END OF DOCUMENT**

Prepared by:

_____/s/_____
Michael R. Rethinger
Georgia Bar Number 301215
Attorney for Debtor
241 Mitchell Street, SW
Atlanta, GA  30303
michael@rethingerlaw.com


Consented to by:

_____/s/_____
Michelle Hart Ippoliti
Georgia Bar Number 334291
Attorney for Wells Fargo Bank, N.A.
McCalla Raymer Liebert Pierce, LLC
1544 Old Alabama Road
Roswell, GA 30076
Michelle.Ippoliti@mccalla.com


(Signatures continued on next page)

No Opposition to by:

_____/s/_____
Maria Joyner
Georgia Bar Number 118350
Attorney for Trustee
Nancy J. Whaley, Standing Ch. 13 Trustee
303 Peachtree Center Avenue
Suite 120, Suntrust Garden Plaza
Atlanta, GA 30303
mjoyner@njwtrustee.com

## DISTRIBUTION LIST

WELLS FARGO BANK, N.A.
c/o Elizabeth Childers / Lucretia Lashawn Scruggs
Shapiro, Pendergast and Hasty
Suite 300
211 Perimeter Center Parkway, NE
Atlanta, GA 30346

Wells Fargo Bank, N.A.
Attn: Taylor S. Mansell, Attorney for Wells Fargo Bank, N.A.
Default Document Processing
N9286-01Y
1000 Blue Gentian Road
Eagan, MN 55121-7700

Wells Fargo Bank, N.A.
c/o Michelle Hart Ippoliti
McCalla Raymer Liebert Pierce, LLC
1544 Old Alabama Road
Roswell, GA 30076

Wells Fargo Bank, N.A.
Attn: Heather A. Bock, Attorney for Creditor
Default Document Processing
N9286-01Y
1000 Blue Gentian Road
Eagan, MN 55121-7700

Michele Smith
3783 Cressway Drive
Decatur, GA 30034